NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH L. WORKMAN,                           )
                                             )
            Appellant,                       )
                                             )
v.                                           )      Case No. 2D17-1285
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
                                             )
_____  )

Opinion filed October 31, 2018.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.